983 So.2d 33 (2008)
David J. PERRY, Jr., Appellant,
v.
STATE of Florida, Appellee.
No. 5D07-3230.
District Court of Appeal of Florida, Fifth District.
April 29, 2008.
David J. Perry, Jr., Malone, pro se.
Bill McCollum, Attorney General, Tallahassee, and Ann M. Phillips, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Harrell v. State, 894 So.2d 935 (Fla.2005); Ehouse v. State, 817 So.2d 1067 (Fla. 5th DCA 2002).
PLEUS, EVANDER and COHEN, JJ., concur.